# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KAREN D. NEALON                              Case Number: 06-70452
       3011 RIDGEWAY AVENUE          SSN-xxx-xx-0081
       ROCKFORD, IL  61101

                                        Case filed on:     3/28/2006
                                        Plan Confirmed on: 5/26/2006

D Dismissed

Total funds received and disbursed pursuant to the plan:  $940.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 746.35 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 746.35 | 0.00 |
| 999 | KAREN D. NEALON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AAA COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACN COMMUNICATIONS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BENNETT & DELONEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FRIEDMAN & WEXLER LLC #91761 | 246.89 | 246.89 | 0.00 | 0.00 |
| 012 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 3,387.86 | 3,387.86 | 0.00 | 0.00 |
| 016 | RETRIEVAL MASTERS CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH PHYSICIANS | 402.00 | 402.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 526.50 | 526.50 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SECURITY FINANCE | 388.50 | 388.50 | 0.00 | 0.00 |
| 021 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | B-LINE LLC | 665.30 | 665.30 | 0.00 | 0.00 |
|  | Total Unsecured | 5,617.05 | 5,617.05 | 0.00 | 0.00 |
|  | Grand Total: | 7,958.80 | 7,958.80 | 888.10 | 0.00 |

Total Paid Claimant:      $888.10
Trustee Allowance:        $51.90        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                         /s/ Lydia S. Meyer
                                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007        By  /s/Heather M. Fagan